IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00368-WDM-CBS

SHAWN HABNICK,

    Plaintiff,

v.

PEOPLE FIRST RECOVERIES, LLC.,

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on May 7, 2007.

                                                    BY THE COURT:

                                                    s/ Walker D. Miller
                                                    United States District Judge